**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | |
|---|---|
| IN RE: ONGLYZA (SAXAGLIPTIN) AND KOMBIGLYZE XR (SAXAGLIPTIN AND METFORMIN) PRODUCTS LIABILITY LITIGATION | Master File No. 5:18-md-2809-KKC |
| | HON. KAREN K. CALDWELL |
| THIS DOCUMENT RELATES TO: | |
| **CURTIS BRUCE MCCONNELL** | **SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL** |
| **VS.** | |
| **BRISTOL-MYERS SQUIBB COMPANY AND ASTRAZENECA PHARMACEUTICALS, LP** | Case No.: [*INSERT*] |

**SHORT FORM COMPLAINT**

Plaintiff incorporates by reference the Master Complaint and Jury Demand filed in the above-referenced case on November 19, 2018. (Dkt. 185.) This Short Form Complaint adopts all of the Master Complaint and Jury Demand's allegations and claims against all Defendants as if copied here *in extenso*.

Upon information and belief, Plaintiff further alleges as follows:

**PARTIES, JURISDICTION, AND VENUE**

1.      Plaintiff, Curtis Bruce McConnell, is a resident and citizen of White Hall, Arkansas and claims damages as set forth below.

2.      Plaintiff brings this action [*check the applicable designation*]:

■      On behalf of [*himself/herself*];

☐ In representative capacity as the [*INSERT NATURE OF REPRESENTATION* (*e.g., Administrator of the Estate of ….*)], having been duly appointed on [*INSERT DATE*] by the [*INSERT COURT*]. A copy of the Letters of Administration or Letters Testamentary for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate, or other appropriate court of the jurisdiction of the decedent. [*Cross out if not applicable.*]

3.   State in which Plaintiff(s) allege(s) injury:   Arkansas

4.   Defendants [*check Defendants against whom Complaint is made*]:

■ Bristol-Myers Squibb Company

■ AstraZeneca Pharmaceuticals, LP

☐ McKesson Corporation

5.   Jurisdiction is proper based upon diversity of citizenship.

6.   The District Court in which remand for trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is The United States District Court for the Eastern District of Arkansas.

## <u>FACTUAL ALLEGATIONS</u>

7.   On or about October 30, 2010, Dr. Lee Abel prescribed Onglyza to treat Plaintiff for type 2 diabetes.

8.   During the time of usage of Onglyza, Plaintiff was a resident and citizen of White Hall, Arkansas.

9.   Neither Plaintiff nor Dr. Lee Abel knew or had reason to know that Onglyza could cause heart failure or congestive heart failure.

10.  As a result of taking Onglyza, on or about April 17, 2017 Plaintiff sustained severe and permanent injuries including, but not limited to, heart failure and/or

congestive heart failure, as diagnosed by physicians at St. Vincent Heart Clinic

Arkansas.

## **ALLEGATIONS AS TO INJURIES**

11.    Plaintiff claims damages as a result of [*Check all that are applicable*]:

■    Injury to self

☐    Injury to the person represented

☐    Wrongful death

☐    Survivorship action

☐    Economic loss

12.    Defendants, by their actions or inactions, proximately caused the injuries to

Plaintiff.

## **DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

13.    The following claims and allegations are asserted by Plaintiff in the Master

Complaint (Dkt. 185) and are herein adopted by reference [*check all that are applicable*]:

■    Count I – Strict Liability/Design Defect

■    Count II – Negligence

■    Count III – Strict Liability/Failure to Warn

■    Count IV – Breach of Warranty of Merchantability

■    Count V – Breach of Express Warranty

■    Count VI – Breach of Implied Warranty

■    Count VII – Violation of Consumer Protection Laws and/or Deceptive Trade

Practices under the Law of the State of <u>Mississippi</u>.

☐    Count VIII – Loss of Consortium

☐    Count IX – Survival Action

☐    Count X – Wrongful Death

■    Count XI – Punitive Damages

☐    Count XII – Other _____

☐    Count XIII – Other _____

If Count XII or Count XIII is alleged, additional facts supporting the claim(s):

_____

_____

_____

_____

## PRAYER FOR RELIEF

Plaintiff has been damaged as a result of Defendants' actions or inactions and demands judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Complaint and Jury Demand. (Dkt. 185.) Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury as to all claims in Complaint so triable.

Dated: April 30, 2019                        Respectfully submitted,

By:    /s/ Daniel J. Carr
Daniel J. Carr, La. Bar # 31088
Laurin M. Jacobsen, La. Bar #32164
PEIFFER WOLF CARR & KANE
A Professional Law Corporation
201 St. Charles Avenue, Suite 4314
New Orleans, Louisiana  70170-4600
Telephone:  (504) 523-2434
Facsimile:  (504) 523-2464
Email: dcarr@pwcklegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (888) 585-5970
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com
*Attorneys for the Plaintiff*